IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACK ODEM, III**
**ADC # 116620**                                                                                       **PLAINTIFF**

v.                               Case No: **4:24-cv-00100-LPR**

**JOHN FELTS, Director,**
**Arkansas Parole Board,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 23rd day of September 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE